# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMARIN PHARMA, INC., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*, <br><br>　　　　　Defendants. | 2:17-cv-02641-RFB-VCF <br><br>**ORDER** |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 30th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE